**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**DANTE JOSEPH EVANS**                                                    **PLAINTIFF**

**V.**                                           **CAUSE NO. 5:20-CV-66-CWR-MTP**

**PELICIA T. HALL, ET AL.**                                              **DEFENDANTS**

## ORDER

       This matter is before the Court pursuant to the Report and Recommendation of the United States Magistrate Judge, which was entered on January 29, 2021. Docket No. 50. The Report and Recommendation notified the parties that failure to file written objections to the findings and recommendations contained therein within 14 days after service would bar further appeal in accordance with 28 U.S.C. § 636. *Id.*

       This Court, finding that there has been no submission of written objections by any party, hereby adopts said Report and Recommendation as the Order of this Court. Accordingly, the plaintiff's claims against George Castro, Terry Daniel, Scott Middlebrooks, and Erika Perkins are dismissed.

       **SO ORDERED**, this the 2nd day of March, 2021.

                            s/ Carlton W. Reeves
                            UNITED STATES DISTRICT JUDGE